PROB 12C
(6/16)

Report Date: October 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephen Williams Knox          Case Number: 0980 2:15CR00006-WFN-1

Address of Offender:                                              Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 27, 2015

Original Offense:      Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) and (b)(1)

Original Sentence:     Prison - 60 months            Type of Supervision: Supervised Release
                       TSR - 120 months

Asst. U.S. Attorney:   Stephanie J. Lister           Date Supervision Commenced: July 19, 2019

Defense Attorney:      Federal Defenders Office      Date Supervision Expires: July 18, 2029

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #19**: You shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or nay other media that depict sexually explicit conduct involving children or adults, as defined at 18 U.S..C. § 2256(2).  You shall not enter any establishment involved in the sex industry, including but not limited to adult bookstores, massage parlors, and strip clubs.  You shall not utilize any sex-related adult telephone numbers. The supervising officer is authorized to monitor compliance in this area by obtaining relative records including but not limited to telephone, Internet, credit cards and bank statements.

**Supporting Evidence**: On July 19, 2019, supervision commenced in this matter.  That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake. He signed a copy of his judgment indicating an understanding of the conditions imposed, to include special condition number 19, noted above.

Mr. Knox violated the terms of his supervised release by possessing pornography, on or about October 9, 2019.

Prob12C
**Re: Knox, Stephen Williams**
**October 25, 2019**
**Page 2**

On October 9, 2019, during an unscheduled home visit, Mr. Knox was observed lying in his bed and viewing what appeared to be a smart phone. Initially, Mr. Knox was not aware of our presence. Immediately upon getting Mr. Knox's attention, he attempted to hide this phone under his bed sheets. Mr. Knox ultimately acknowledged adult pornography would be located on the phone.

A search of his living quarters was conducted. Prior to the search, Mr. Knox was questioned multiple times as to whether additional devices would be located, to which he denied.

The search resulted in a total of seven cellular phones being located, three of which were smart phones, an SD card, two thumb drives and a digital camera. Mr. Knox admitted to having one of the smart phones for at least 2 months. All items were seized and later provided to the Spokane Police Department (SPD) and the Federal Bureau of Investigation (FBI) for analysis.

On one of the smart phones, law enforcement located approximately 100 images of pubescent females in underwear and bikinis. Of those, approximately 10 of them were fully nude displaying breast and groin. On a second smart phone, they located over 100 images of pubescent females in underwear and bikinis, including adult pornography. In addition, Mr. Knox was paying for access to www.sexsearch.com.

2  **Special Condition #23**: You shall allow the probation officer, or designee, to conduct random inspections, including retrieval and copying of data from any computer, or nay personal computing device that you possess or have access to, including any internet or external peripherals. This may require temporary removal of the equipment for a more thorough inspection. You shall purchase and use such hardware and software systems that monitor your computer usage, if directed by the supervising officer.

**Supporting Evidence** On July 19, 2019, supervision commenced in this matter. That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake. He signed a copy of his judgment indicating an understanding of the conditions imposed, to include special condition number 23, noted above.

Mr. Knox violated the terms of his supervised release by failing to install monitoring software on computer devices, on or about October 9, 2019.

On October 9, 2019, during an unscheduled home visit, Mr. Knox was observed lying in his bed and viewing what appeared to be a smart phone. Initially, Mr. Knox was not aware of our presence. Immediately upon getting Mr. Knox's attention, he attempted to hide this phone under his bed sheets. Mr. Know ultimately acknowledged adult pornography would be located on the phone.

A search of his living quarters was conducted. Prior to the search, Mr. Knox was questioned multiple times as to whether additional devices would be located, to which he denied.

The search resulted in a total of seven cellular phones being located, three of which were smart phones, an SD card, two thumb drives and a digital camera. Mr. Knox admitted to having one of the smart phones for at least 2 months. All items were seized and later provided to the SPD and the FBI for analysis.

Prob12C
Re: Knox, Stephen Williams
October 25, 2019
Page 3

On one of the smart phones, law enforcement located approximately 100 images of pubescent females in underwear and bikinis. Of those, approximately 10 of them were fully nude displaying breast and groin. On a second smart phone, they located over 100 images of pubescent females in underwear and bikinis, to include adult pornography. In addition, Mr. Knox was paying for access to www.sexsearch.com.

At the beginning of supervised release, Mr. Knox reported having only one phone, a flip phone, that did not have Internet access. He has been reminded on multiple occasions that he will be required to install monitoring software should he secure a smart phone. Mr. Knox repeatedly indicted he had no interest in a smart phone.

3  **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**    On July 19, 2019, supervision commenced in this matter. That same day, Mr. Knox reported to the United States Probation Office for the purpose of a supervision intake. He signed a copy of his judgment indicating an understanding of the conditions imposed, to include standard condition number 3, noted above.

At that time he was advised that all computer devices would need to be reported to the U.S. Probation officer and monitoring software would need to be installed immediately.

Mr. Knox violated the terms of his supervised release by failing to report possession of computer software while also failing to install monitoring software, on or about October 9, 2019.

On October 9, 2019, during an unscheduled home visit, Mr. Knox was observed lying in his bed and viewing what appeared to be a smart phone. Initially, Mr. Knox was not aware of our presence. Immediately upon getting Mr. Knox's attention, he attempted to hide this phone under his bed sheets. Mr. Know ultimately acknowledged adult pornography would be located on the phone.

A search of his living quarters was conducted. Prior to the search, Mr. Knox was questioned multiple times as to whether additional devices would be located, to which he denied.

The search resulted in a total of seven cellular phones being located, three of which were smart phones, an SD card, two thumb drives and a digital camera. Mr. Knox admitted to having one of the smart phones for at least 2 months. All items were seized and later provided to the SPD and the FBI for analysis.

Prob12C
**Re: Knox, Stephen Williams**
**October 25, 2019**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 25, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/7/19

Date