PROB 12C
(6/16)

Report Date: January 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 24, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Stephen Williams Knox        Case Number: 0980 2:15CR00006-WFN-1

Address of Offender:                                              , Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 27, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: July 18, 2029 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/25/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: Mr. Knox violated the terms of his supervised release by failing to report on or about January 23, 2020.

On July 19, 2019, supervision commenced in this matter.  That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake.  He signed a copy of his judgment indicating an understanding of the conditions imposed, to include standard condition number 2, noted above.

On January 22, 2020, Mr. Knox was directed to report at 10 a.m. on January 23, 2020.  Mr. Knox failed to report as directed.  It was later reported that Mr. Knox did not return to his residence on January 22, 2020.  On January 23, 2020, two local hospitals were contacted and it was reported that he was not admitted at either facility.

His whereabouts are currently unknown.

**Prob12C**
**Re: Knox, Stephen Williams**
**January 24, 2020**
**Page 2**

5      <u>**Special Condition #16**</u>: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability.

<u>**Supporting Evidence**</u>: Mr. Knox violated the terms of his supervised release by failing to attend sex offender treatment on or about January 22, 2020.

On July 19, 2019, supervision commenced in this matter.  That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake.  He signed a copy of his judgment indicating an understanding of the conditions imposed, to include special condition number 16, noted above.

On January 23, 2020, contact was made with Mr. Knox's sex offender treatment provider. She advised Mr. Knox did not show up for group the day prior and he did not call in.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 24, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Knox, Stephen Williams**
**January 24, 2020**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

   1/24/2020
_____
Date