PROB 12C
(6/16)

Report Date: February 25, 2020

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Stephen Williams Knox            Case Number: 0980 2:15CR00006-WFN-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 27, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) and (b)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: July 19, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: July 18, 2029 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/25/2019 and 01/24/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #17**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.<br><br>**Supporting Evidence**:  Mr. Knox violated the terms of his supervised release by changing his residence without approval, on or about January 22, 2020.<br><br>On July 19, 2019, supervision commenced in this matter.  That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake.  He signed a copy of his judgment indicating an understanding of the conditions imposed, to include, special condition number 17, noted above.<br><br>On January 23, 2020, the undersigned was notified by Mr. Knox's landlord that he did not return to his residence the evening prior. He had not returned to his residence, his whereabouts were unknown and a warrant was subsequently issued.<br><br>On February 21, 2020, Mr, Knox was located residing at a homeless shelter in Salt Lake City, Utah, and was arrested by the United States Marshals Service.<br><br>Mr. Knox did not have permission to change his residence. |

Prob12C
**Re: Knox, Stephen Williams**
**February 25, 2020**
**Page 2**

| | |
|---|---|
| 7 | **Standard Condition #1:** The defendant shall not leave the judicial district without the permission of the court of probation officer. |

**Supporting Evidence:** Mr. Knox violated the terms of his supervised release by leaving the Eastern District of Washington without permission, on or about February 21, 2020.

On July 19, 2019, supervision commenced in this matter. That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake. He signed a copy of his judgment indicating an understanding of the conditions imposed, to include, standard condition number 1, noted above.

On January 23, 2020, the undersigned officer was notified by Mr. Knox's landlord that he did not return to his residence the evening prior. He had not returned to his residence, his whereabouts were unknown and a warrant was subsequently issued.

On February 21, 2020, Mr, Knox was located residing at a homeless shelter in Salt Lake City, Utah, and was arrested by the United States Marshals Service.

Mr. Knox did not have permission to travel outside of the Eastern District of Washington.

| | |
|---|---|
| 8 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Knox violated the terms of his supervised release by failing to register as a sex offender, on or about January 23, 2020.

On July 19, 2019, supervision commenced in this matter. That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake. He signed a copy of his judgment indicating an understanding of the conditions imposed, to include, mandatory condition number 2, noted above.

On January 23, 2020, the undersigned officer was notified by Mr. Knox's landlord that he did not return to his residence the evening prior. He had not returned to his residence, his whereabouts were unknown and a warrant was subsequently issued.

On February 21, 2020, Mr. Knox was located residing at a homeless shelter in Salt Lake City, Utah, and was arrested by the United States Marshals Service.

Mr. Knox did not register as a sex offender, and is now facing new charges related to failing to register as a sex offender.

| | |
|---|---|
| 9 | **Special Condition #21:** You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer. |

**Supporting Evidence:** Mr. Knox violated the terms of his supervised release by failing to register as a sex offender, on or about January 23, 2020.

On July 19, 2019, supervision commenced in this matter. That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake. He signed a copy of his

Prob12C
**Re: Knox, Stephen Williams**
**February 25, 2020**
**Page 3**

judgment indicating an understanding of the conditions imposed, to include, special condition number 21, noted above.

On January 23, 2020, the undersigned officer was notified by Mr. Knox's landlord that he did not return to his residence the evening prior. He had not returned to his residence, his whereabouts were unknown and a warrant was subsequently issued.

On February 21, 2020, Mr. Knox was located residing at a homeless shelter in Salt Lake City, Utah, and was arrested by the United States Marshals Service.

Mr. Knox did not register as a sex offender and is now facing new charges related to failing to register as a sex offender.

10    **Special Condition #26:**  You must not possess and/or use computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, without advance permission of the supervising officer.

**Supporting Evidence:**  Mr. Knox violated the terms of his supervised release by possessing a smart phone with Internet access, on or about February 21, 2020.

On July 19, 2019, supervision commenced in this matter. That same day, Mr. Knox reported to the U.S. Probation Office for the purpose of a supervision intake.

On December 10, 2019, a supervised release violation hearing was held. Mr. Knox's conditions of supervised release were modified to include special condition number 26, noted above. On December 13, 2019, during an office visit, the order on alleged violations of supervised release, which modified the conditions of his supervised release, was read to Mr. Knox. He signed a copy indicating an understanding of the new special conditions imposed, to include, special condition number 26, noted above.

On February 21, 2020, Mr. Knox was arrested by the United States Marshals Service. In his possession was a smart phone that allowed Internet access. Mr. Knox did not have permission to possess this device.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 25, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Knox, Stephen Williams**
**February 25, 2020**
**Page 4**

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

2/26/2020
Date