FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>     -vs-<br><br>STEPHEN WILLIAMS KNOX,<br><br>                      Defendant. | No.   2: 15-CR-0006-WFN-1<br><br>ORDER ON ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

A supervised release violation hearing was held March 22, 2022. The Defendant, who is not in custody, was present and represented by Kathryn Lucido; Assistant United States Attorney David Herzog represented the Government; United States Probation Officer Christopher Heinen was also present.

The Court scheduled the hearing to follow up on Mr. Knox's progress since the last status hearing. Mr. Knox continues to do well. He is actively engaged in treatment, living in a stable residence, and making appropriate prosocial decisions to move his life forward in a positive way. The Court congratulated Mr. Knox on his success and encouraged him to continue to do well. Based on Mr. Knox's previous admission, the Court found Mr. Knox in violation of the terms of his supervised release, but due to several months of success, the Court imposed no sanction for the violation. Accordingly,

**IT IS ORDERED** that:

1. The Court **FINDS** Mr. Knox in violation of the terms of supervised release.

2. The Court imposes no sanction on the violations. The violations are concluded; no further action will be taken regarding the violations.

3. All conditions of Mr. Knox's supervised release **REMAIN IN EFFECT**.

ORDER - 1

The District Court Executive is directed to file this Order and provide copies to counsel **AND TO** United States Probation Officer Christopher Heinen.

**DATED** this 23rd day of March, 2022.

03-22-22

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2